**IN THE UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| TIMOTHY STANHOPE,<br><br>               Plaintiff,<br><br>    v.<br><br>MAJOR GENERAL TOM HUNT, ET AL,<br><br>               Defendants. | CIVIL NO.: 5:25-CV-00132-FL |

### AGREED MOTION TO STAY BRIEFING ON MOTION TO DISMISS

Plaintiff Timothy Stanhope hereby moves to stay briefing on defendants' motion to dismiss (Docs. 31-32).

In support of this motion, movant states: plaintiff and defendant Hunt have been engaged in serious settlement negotiations which, if successful, will bring this litigation to a close. Considerations of economy militate in favor of postponing further briefing, which may prove to be unnecessary. Counsel for defendants Marshburn, Park, and the North Carolina National Guard Social Media Manager has agreed to the stay.

The foregoing constitutes good cause for staying the briefing on the motion to dismiss. Accordingly, this motion should be granted.

*/s/ Michelle A. Scott*
Michael Rosman
Michelle A. Scott
Center for Individual Rights
1100 Connecticut Avenue NW, Suite 625
Washington, DC 20036 202-833-8400

rosman@cir-usa.org
scott@cir-usa.org
*Special Appearance Attorneys for Plaintiff*

*/s/ R. Daniel Gibson*
R. Daniel Gibson
209 Pollock Street
New Bern, NC 28560
(984) 345-3078
rdg@dhwlegal.com
N.C. State Bar. No. 49222
*Rule 83.1 Attorney for Plaintiff*